PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: Louis Zeno Lawrence             Case Number: A-97-CR-004(03)- SS

Name of Sentencing Judicial Officer: Honorable Sam Sparks, U.S. District Judge

Date of Original Sentence: April 25, 1997

Original Offense: Count Three: Possession with Intent to Deliver Marijuana, in violation of 21 U.S.C. § 841(a)(1) & (2). Count Four: Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) & (a)(1)(B)(i) and 18 U.S.C. 1956(h)

Original Sentence: Count Three: 292 months imprisonment, followed by a five (5) year term of supervised release. To run concurrently with Count Four: 240 months imprisonment, followed by a three (3) year term of supervised release. Special conditions: substance abuse treatment

Type of Supervision: Supervised Release     Date Supervision Commenced: November 2, 2015

Assistant U.S. Attorney: Mark Lane       Defense Attorney: Laird Palmer

**PREVIOUS COURT ACTION**

On December 17, 2001, a corrected Judgment was entered in which the defendant's sentence was corrected to 240 months imprisonment for Count Three, to be served concurrently with his existing 240 month term of imprisonment for Count Four, followed by a three (3) year term of supervised release.

On February 19, 2002, an Amended Judgment was entered in which the defendant's sentence was corrected to 52 months imprisonment for Count Three, to be served concurrently with his existing 240 month term of imprisonment for Count Four, followed by a three (3) year term of supervised release.

On June 18, 2003, an Order was entered in which the defendant's sentence for Count Three was reinstated to 292 months imprisonment, to be served concurrently with his existing 240 months imprisonment for Count Four.

Louis Zeno Lawrence
Report on Offender Under Supervision
Page 2

On February 12, 2015, the defendant's sentence for Count Three was reduced to 235 months, pursuant to 18 U.S.C. § 3582(c)(2), to be served concurrently with his 240 month of imprisonment for Count Four.

On April 10, 2017, a Report on Offender Under Supervision was submitted to the Court to advise that the offender had been arrested for the consumption of alcohol in a public place. No action was requested to allow the offender an opportunity to participate in substance abuse treatment services. On April 12, 2017, the Court concurred with this recommendation.

On August 9, 2017, a Request for Modifying Conditions or Term of Supervision with Consent of Offender was submitted to the Court requesting alcohol restrictions, particiipation in a substance abuse treatment program and a search condition. On August 11, 2017, the court agreed to the Order.

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 1:**  "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**Violation of Standard Condition No. 10:**  "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances."

**Violation of Special Condition:**  "The defendant shall not use or possess alcohol."

**Nature of Non-compliance:** On September 6, 2020, a Game Warden from the Texas Parks and Wildlife-Law Enforcement Division (TPW) arrested Lawrence for Public Intoxication (Class C Misdemeanor) and Evading Arrest (Class A Misdemeanor). The offender was transported and detained in Llano County Jail. During his incarceration, jail personnel misplaced paperwork for the Evading charge. This was learned after Lawrence was released from custody for Public Intoxication on September 7, 2020. On September 16, 2020, Lawrence was re-arrested for Evading arrest on the original arrest; however, when arriving at the booking facility, jail personnel would not accept him into the facility as he had a fever and possible other symptoms of COVID-19. On September 22, 2020, Lawrence self-surrendered at the Llano County Jail after medically cleared and has since been released on a surety bond. His next court date remains pending.

Louis Zeno Lawrence
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The Court is respectfully advised when Lawrence was queried about his law enforcement contact, he was forthcoming with the information. The offender has been advised the Court would be notified of his arrest and subsequent law enforcement contact. Lawrence is scheduled to terminate supervised release on November 1, 2020, and although not problem free while on supervised release, he had been compliant since May 2019. Although the reported violations are criminal in nature, they are the only violations to report to the Court and, remain pending at this time. That said, it is recommended that no adverse action be taken and allow the State to address this criminal conduct with Lawrence. Should Lawrence incur any further violations, the Court will be immediately notified. Accordingly, the Court reserves the right to revisit this allegation in the future.

                                                                             Respectfully submitted,

                                                                             Juliana C. Flores
                                                                             United States Probation Officer
                                                                             Date: 9/24/2020

Approved: _____
                  Martha N. Davis, Supervising
                  United States Probation Officer

Louis Zeno Lawrence
Report on Offender Under Supervision
Page 3

---

**THE COURT ORDERS:**

[X]  No Action

[  ]  Submit a Request for Modifying the Conditions or Term of Supervision

[  ]  Submit a Request for Warrant or Summons

[  ]  Other

                                                      _____
                                                     Honorable Susan Hightower
                                                     United States Magistrate Judge

                                                     Date:  September 24, 2020